**UNITED STATES of America, Plaintiff–Appellee**

v.

**Rashad MCKAY, also known as Rashod McKay, Defendant–Appellant**

**No. 16–1048**

United States Court of Appeals, Eighth Circuit.

Submitted: July 19, 2016

Filed: July 22, 2016

John Higgins, U.S. Attorney's Office, District of Nebraska, Omaha, NE, for Plaintiff–Appellee.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Rashad McKay, Beaumont, TX, Pro Se.

Kelly Mahoney Steenbock, Assistant Federal Public Defender, Federal Public Defender's Office, Omaha, NE, for Defendant–Appellant.

Before WOLLMAN, ARNOLD, and MURPHY, Circuit Judges.

PER CURIAM.

Rashad McKay appeals after the district court [1] denied him a sentence reduction under 18 U.S.C. § 3582(c)(2). Following careful de novo review, see United States v. Long, 757 F.3d 762, 763 (8th Cir. 2014), we find no reversible error. Accordingly, we affirm. See 8th Cir. R. 47B.

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.